UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAMON V., | ) | CASE NO. CV 23-2186-AGR |
|     Plaintiff, | ) | |
|     vs. | ) | JUDGMENT |
| MARTIN J. O'MALLEY, Commissioner of Social Security, | ) | |
|     Defendant. | ) | |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that decision of the Commissioner is reversed in part and the matter is remanded for reconsideration of Plaintiff's mental residual functional capacity for the period beginning May 11, 2021.

DATED: February 12, 2024

                                         */s/ Alicia G. Rosenberg*
                                    ALICIA G. ROSENBERG
                                    United States Magistrate Judge